Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:  08–27182    Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerald Vaughn Barnett | Angelia Marie Barnett |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 1 Lexington Court | 1 Lexington Court |
| North East, MD 21901 | North East, MD 21901 |
| Social Security No.:   xxx–xx–9805 | xxx–xx–9491 |
| Employer's Tax I.D. No.: | |

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 12/24/08

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

George W. Liebmann is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 7/24/09

*Nancy V. Alquist*
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jgladysie             Page 1 of 1              Date Rcvd: Jul 24, 2009
Case: 08-27182                Form ID: fnldec             Total Noticed: 1

The following entities were noticed by first class mail on Jul 26, 2009.
db/db        +Gerald Vaughn Barnett,   Angelia Marie Barnett,   1 Lexington Court,   North East, MD 21901-4604
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2009**                    Signature:    *Joseph Speetjens*